1  Robert J. Lauson, Esq.
   LAUSON & TARVER LLP
2  880 Apollo Street, Suite 301
   El Segundo, CA  90245
3  Phone:  (310) 726-0892
   Fax:   (310) 726-0893
4  Email:  bob@lauson.com

5  Attorneys for Plaintiff,
   LAYERCAKE, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12  LAYERCAKE INC., a California       Case CV12- 06450 DM6 ( JL6x)
    corporation,
13
              Plaintiff,              Complaint For:
14      vs.
                                      Federal Trademark Infringement;
15  MACRABBIT. a Belgium Company;     California Unfair Competition
    Ian Beck an Individual; and DOES 1-
16  9, inclusive,
                                      Demand For Jury Trial
17            Defendants.

18

19

20

21

22  / / /

23  / / /

24  / / /

25

26

27

28

For its Complaint, Plaintiff LAYERCAKE INC. ("Layercake") alleges as follows:

1.     This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1125(a), for trademark infringement pursuant to §43(a) of the Trademark Act of 1946 (the Lanham Act), as amended, and for Unfair Business Practice arising under California Business and Professions Code §17200 et seq.

## The Parties

2.     Plaintiff Layercake is a corporation duly organized under the laws of the State of California, having offices at 4385 Beulah Drive, La Canada Flintridge, California, 91011 USA ("Layercake").

3.     Upon information and belief, Defendant MacRabbit is a company organized and existing under the laws of Belgium, with its principal place of business at Hammerplaats 6, 2000 Antwerpen, Belgium ("MacRabbit")

4.     Upon information and belief, Defendant Ian Beck is an individual affiliated with Defendant MacRabbit and who directs relevant activities of Defendant MacRabbit herein alleged, residing at 4775 35th Ave. S. Unit C, Seattle Washington 98118-1774 ("Beck")

5.     The true names and capacities of Defendants DOES 1-9 inclusive, are unknown to Layercake, who therefore sues them by such fictitious names. Layer Cake will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Layercake is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in

2

some manner for the occurrences herein alleged and that Layercake's damages as herein alleged were proximately caused by those Defendants.  At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

### Jurisdiction and Venue

6.    The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. §1331, §1338(a) as a federal question pertaining to trademarks.  This Court has related claim jurisdiction over the state law unfair competition claim pursuant to 28 U.S.C. §1338(b) and 28 U.S.C. §1367.

7.    Alternatively, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 as the amount in the controversy exceeds $75,000 and the case is between citizens of different states or foreign states.

8.    Venue is proper in this judicial district where a substantial part of the events giving rise to the claim occurred, 28 U.S.C. §1391(a), (b).

9.    Venue is also proper in this judicial district as to the corporate Defendant who resides here, having committed acts of infringement and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. §1391(c).

/ / /

/ / /

/ / /

## Background Facts

10.     Plaintiff Layercake has been engaged in the business of creating and selling stock imagery for correcting and enhancing photo images products, typically used with Photoshop®, here in the U.S. since 2009.

11.     Since long prior to the acts of Defendants herein alleged, Layercake has continuously used its LAYERCAKE trademark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its stock imagery for correcting and enhancing photo images.

12.     Layercake has offered its products under its mark, which has continuously appeared on Layercake's website www.layercakeelements.com and on the products themselves and packaging for the products, in advertising and promotions.  See Exhibit A.  Layercake has extensively used and promoted the mark such that it is identified with the products of Layercake and has gained recognition among its customers and the purchasing public.

13.     Plaintiff is the is the owner of U.S. trademark application serial no. 85/634,170 LAYERCAKE for "creating and providing collections of flat and masked/cut-out stock imagery for correcting and enhancing images, typically used with photo manipulation software applications by professionals and hobbyists in the visual arts."  See attached information at Exhibit B.  Upon issuance of registration for the mark, Plaintiff will amend this complaint to allege infringement under §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114.

14.     As a result of the care and skill exercised by Layercake in the conduct of its business, the quality of Layercake's products offered under the LAYERCAKE

mark, and the advertising, sale and promotion of Layercake's products, LAYERCAKE has acquired secondary meaning. The trade uses LAYERCAKE to help identify Layercake's products as those of Layercake exclusively, and to distinguish them from the products of others.

15.     Recently Layercake became aware of Defendants MacRabbit and Beck's use of "Layer Cake" for an application to export images from Photoshop®. See Exhibit C.

16.     The use by Defendants of Layercake's LAYERCAKE mark is likely to cause confusion, mistake or deception, as those encountering Defendants' product may mistakenly assume, at least initially, that their product is in some way sponsored, endorsed, approved by or connected with Plaintiff Layercake when in fact it is not.

17.     Upon information and belief, Defendants performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon Layercake's goodwill.

18.     Layercake's mark is associated with Layercake due to its use thereof, and as such Layercake is deserving of having its mark adequately protected with respect to the conduct of its business.

/ / /
/ / /

# Count I

## Trademark Infringement Under Federal Law

### (Against All Defendants)

19.   Layercake incorporates by reference the allegations contained in paragraphs 1-18 of this Complaint and incorporates them herein.

20.   By the aforesaid acts, Defendants infringed upon Layercake's federal trademark rights described by its trademark application, in violation of Section 43(a) of the Lanham Act, 15 U.S.C.§1125(a).

21.   As a direct and proximate result of each of Defendants' acts of infringement as alleged herein, Layercake has and will continue to suffer damages in an amount according to proof at trial, and thus Layercake is entitled to recover damages adequate to compensate it for such infringement.

22.   Upon information and belief, Defendants' acts have been willful and in conscious disregard of the trademark rights of Layercake.

23.   Layercake has suffered, is suffering, and will continue to suffer irreparable injury for which Layercake has no adequate remedy at law.

24.   Layercake is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendants' further infringement.

# Count II

## California Unfair Competition

### (Against All Defendants)

25.     Layercake incorporates by reference the allegations contained in paragraphs 1-24 of this Complaint and incorporates them herein.

26.     Defendants' actions discussed herein constitute unfair competition under the meaning of California Business and Professions Code §17200 et seq.

27.     These wrongful acts have caused and will continue to cause to Layercake substantial injury that is both imminent and irreparable, and the amount of damage sustained will be difficult to ascertain if these acts continue; Layercake has no adequate remedy at law.

28.     Pursuant to California Business and Professions Code §17203, Layercake is entitled to preliminary and permanent injunctive relief ordering Defendants to cease this unfair competition, as well a disgorgement of all Defendants' profits associated with this unfair competition.

WHEREFORE, Plaintiff Layercake prays for judgment that:

A)     Defendants and their officers, agents, servants, employees, and all persons in active concert or participating with any of them, be preliminarily and thereafter permanently enjoined from using the terms "Layer Cake," or colorable imitations thereof, in any manner on applications to export images from Photoshop;

B)      Defendants be ordered to deliver up for destruction all containers, labels signs, prints, packages, wrappers, receptacles, advertising, promotional material or the like in possession, custody or under the control of Defendants bearing the LAYER CAKE trademark or any mark found to infringe Layercake's LAYERCAKE mark, as well as means of making same;

C)      Defendants be ordered to contact the authors and publishers of all online reviews of its infringing product and request that the review be deleted or the words LAYER CAKE replaced with a new materially different mark of Defendants' choosing to identify their product;

D)      Defendants be required to file with the Court and serve on Layercake within 30 days after entry of that Injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

E)      Defendants be ordered to pay actual damages according to proof;

F)      Defendants be compelled to account to Layercake for any and all profits derived from its illegal acts complained of herein;

G)      there be a finding this is an exceptional case;

H)      Defendants be ordered to pay treble damages pursuant to 15 U.S.C. §1117(b) as a result of the willful and deliberate nature of their conduct;

I)      Defendants be ordered to pay all costs and expenses incurred by Layercake associated with this action pursuant to 15 U.S.C. §1117(a) including reasonable attorneys' fees; and,

8

1    J)      the Court award any other relief deemed to be just and proper.

2

3

4

5                                              Respectfully submitted,

6                                              LAUSON & TARVER LLP

7

8    Dated: July 23, 2012                      By:_____

9                                                 Robert J. Lauson, Esq.
                                                  Attorneys for Plaintiff,
10                                                LAYERCAKE, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated: July 23, 2012

By: _____
Robert J. Lauson, Esq.
Attorneys for Plaintiff,
LAYERCAKE, INC.



EXHIBIT A

Trademark Electronic Search System (TESS)                                          Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jul 20 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# LAYERCAKE

| | |
|---|---|
| **Word Mark** | LAYERCAKE |
| **Goods and Services** | IC 042. US 100 101. G & S: Creating and providing collections of flat and masked/cut-out stock imagery for correcting and enhancing images, typically used with photo manipulation software applications by professionals and hobbyists in the visual arts. FIRST USE: 20090901. FIRST USE IN COMMERCE: 20090901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85634170 |
| **Filing Date** | May 24, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Layer Cake, Inc. CORPORATION CALIFORNIA P.O. Box 704 La Canada Flintridge CALIFORNIA 91012 |
| **Attorney of Record** | Robert J. Lauson |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

EXHIBIT B

11

# Mac App Store Preview

## Mac App Store is the simplest way to find your Mac.

To download Layer Cake from the Mac App Store, you need
Learn More.

## Layer Cake

### By MacRabbit

Open the Mac App Store to buy and download apps.



### Description

To turn PSD elements into images for the Web and for Apps, simply nai
do its magic. Bye bye, "Save for Web/Devices". Hello, boost in producti

**MacRabbit Web Site**    **Layer Cake Support**

### What's New in Version 1.1

✔ Introducing Magic Retina, an amazing new set of features to automa
and vice versa. Now you can go Retina without the labor.

**$29.99**

Category: Graphics & Design
Updated: Jun 25, 2012
Version: 1.1
Size: 3.1 MB
Language: English
Seller: MacRabbit
© 2012 MacRabbit

### Screenshots

EXHIBIT _C_

*12*

Rated 4+

**Requirements:** OS X 10.7.3 or later, 64-bit processor

## Customer Ratings

Current Version:
9 Ratings

All Versions:
65 Ratings



Turn PSD layer groups into images and ico

## Customer Reviews

**Wow!**
by VeryVito

This thing just keeps getting better -- and it was already amazing. If y
who gets PSD files -- or worse yet, bad assets in general -- with which
much better life gets with this app in your workflow. A+++ would buy

**Designer or Engineer? Just buy it!**
by Ollie Wagner

Layer Cake saves so much time when creating assets for my apps & we
anything to do with the creation of anything to do with digital graphics

**Beautiful, fun to use, and brilliantly useful**
by rocketlaura

As a programmer and designer, I love this app. How much time have I
icons and exported formats? How many extra little files littered my har
the cropped files, the layout composite file, ... )? How many times did t

13

Case 2:12-cv-06450-DMG-JCG Document 1 Filed 07/27/12 Page 15 of 35 Page ID #:30

Advertise Here



# Layer Cake: Exporting From Photoshop Was Never This Tasty (updated)

**Mac.AppStorm**

The Mac Apps Blog

Julia Altermann on June 25th 2012

Tweet

- Mac
- Layer Cake,
- macrabbit, iPhone
  - iPad

Everyone who has ever designed for the web in Photoshop appreciates its power, but will tell you tales about how time consuming it is to export portions of a design. Usually it involves a lot of copying and pasting, and at some point you need to take a frustration break or get completely lost.

It's amazing that only recently an inconspicous utility hit the market that helps you minimize your workload significantly when exporting PSDs for the web. Teasingly named Layer Cake, the app adds the icing to any web design project. We'll take a look at their recipe of success.

- Design
  - Development
  - Finance
  - Games

## Get Organized, Save Time

- Graphics
  - Hardware

First, let's talk quickly about what we want to achieve: we have a .psd mockup of a website and we want to export some images and slices to be used when coding the design into a finished site. While MacRabbit, the developers of Layer Cake, offer a neat help file including some .psd's to get you started, I pulled up a really old mockup of mine to test the app under "real life" conditions. What I want to get are the three icons on the bottom, a slice of the background for the active menu (orange) and the large section in the middle with the rays, and the slider placeholder sans the blue background.

- Lifestyle
  - Music
  - Office
  - Productivity
  - Security
  - Synchronization

14



° Security
° Utilities
° Video
° Visualization
° General
° AppStorm News
° Ask the Editors
° Competitions
° Interviews
° How Can We...
° MacStunk
° Opinion
° Roundups
° Sponsors
° Weekly Poll
° Giveaways

This is a mockup I used for testing. The arrows indicate the elements which I wanted to export.

Now, if you are like me, you'll be rather sloppy while doing the actual designing. I do name my layers and try to group them while I work, but I have to go through stuff at the end before I can hand the design to somebody to work with.

Layer Cake actually requires you to name and arrange your layers in a certain fashion so the app can understand what position gets exported. For the icons at the bottom, I created a folder named "icon @1x", indicating that it includes an icon at a normal resolution. If you want to export an image with the same name at a higher resolution (a normal sized icon vs a retina sized icon, for example), you'd have to name it "@2x".

Inside the folder resides the actual image, and I name it the way I'll use it on my website later on. This is already enormously helpful because it eliminates all the renaming and shuffling that usually ensues after an export. Finally, take care to append a file extension to the name. You can choose between PNG, TIFF, JPG, or even ICNS. This is how my final layers look like:

• About

Search for Search...    [ Search ]

15



The slices folder holds all the slices

The rectangle on the Slider_BG.png folder defines the dimension of the exported file

All "icon @1x" folders hold the one icon to be exported

I arranged and renamed my layers so Layer Cake would understand what I needed and what not

16

After naming all the layers correctly, I simply dropped this entire .psd document onto Layer Cake. A funny animation later, it presented me with *exactly* what I needed!



Case 2:12-cv-06450-DMG-JCG Document 1 Filed 07/27/12 Page 19 of 35 Page ID #:34

Amazingly, Layer Cake picked all the right elements and exported them for me

# Understanding Layer Order, Rectangles and Naming Conventions

Now, I have to admit that even my first try with Layer Cake was impressive, even though it didn't immediately yield all the results I had hoped for. I got my three bottom icons fairly easily, those are set up in the original file in no time.

The slice is just a little different: You don't need to go to the actual layer – in my case the large orange stripe in the menu – to set it up. Simply create a folder and call it "@slices" so Layer Cake knows that everything inside is a slice. Then use the rectangle tool to simply draw over the area you want to export. And that's it, *for real*.

Tip: I am obsessive when it comes to keeping stuff neat so I set the fill color of the drawn rectangle to 0%, otherwise I would have had red stuff all across my design. It doesn't affect Layer Cake; if you'd rather keep it visible, feel free to do so.

The really tricky part was figuring out just how to export the middle part but leave out the writing and the background. The rays actually reach as far as the middle of the bottom icons, so those had to go out as well.

Before, I had to either copy all those elements to a new document or create a slice and make all the other layers invisible. It was a lot of work and really annoying. Now, with Layer Cake, I simply put the ray-layers and the slider background layers into one folder which I called "Slider_BG.png". Then I drew a rectangle over the area that needs exporting. A new layer was created, and I dragged the mask up onto the enclosing folder and deleted the layer.

18



Arranging layers and selections via rectangles.

It sounds more complicated than it was – you simply need to make sure the rectangle is assigned to the folder that holds all the background layers instead of it being assigned to a single layer. When you do it all properly, you get the perfect export without any of the hassle you've had before.

To save the files, either drag them from Layer Cake to their new destination or hit Save and choose a location.

## Let Layer Cake Do The Work For You – Setting Up Repeats

By now, you should at least be a little impressed. But if you thought that the icing was great, wait until you've tasted the cherry: if you save exported files via Layer Cake's "Save" dialogue, it will ask you if you want the app to repeat this action if the main Photoshop file changes.

Yeah, you've read right: Layer Cake will monitor the PSD and if you change a layer that is relevant to the exported files – make it invisible, change the color etc. – it will *automatically* update the exported images.

19

Case 2:12-cv-06450-DMG-JCG   Document 1   Filed 07/27/12   Page 21 of 35   Page ID #:36



Layer Cake does the heavy lifting for you with repeating actions

I've tried this with my mockup and while it wasn't instantenous, the change happened within 5–10 seconds of me saving the changed PSD. Either I'm easy to impress, or this is seriously awesome.

# Verdict

For everyone who works regularly with designs in Photoshop that need exporting, Layer Cake is a real time – and maybe even money – saver. It takes a couple of minutes until it becomes clear just how a PSD file needs to be set up, but once that's done, the rest is a breeze, and I can't recommend it highly enough. Additionally, the developers are working on some amazing features for the next releases which will further ease and speed up your workflow. If you earn money with your work in PSD or if you are a coder who is tired of having to manually export every tinsy tiny image manually, this is a great investment.

# Addendum

Well, as it happened, we published our review of Layer Cake the same day MacRabbit released the update I talked about in the summary at the end of the article. We've been able to sneak peak at the best new feature before the official release and want to add this to our review: As of now, you can take advantage of *Magic Retina*.

Behind the fancy name is the even fancier ability to export retina images (@x2) from normal resolution (@x1) images, specifically vector and layer styles. So, if you're a developer getting your apps ready for the iPad, iPhone, or the new Retina MacBook Pro, you don't need to go through the hassle of setting up everything twice. If you thought Layer Cake was awesome for designers before, it should be a serious consideration for every app developer now.



Our Sponsors

Tweet

- Our Score
- Related Posts

# Summary

Layer Cake exports elements from a PSD file - much faster and easier than you could do it manually. It needs some setting up, but once you've understood the underlying principle, it's a real time saver.

- Layer Cake |
- $29.99 |
- MacRabbit

9   **10**
# Related Posts

- Espresso 2: Create and Edit CSS3 Like Never Before
- CSS Edit: Stylish Web Development
- Espresso: Innovative Web Development

2`

# Popular Posts

# Responses

Add Yours



*Dave*
June 25th
Reply

Brilliant app. I bought it the moment it came out. Found a bug… messaged the dev's … nothing. But screw it. It's still brilliant :D



*Jonathan Graft*
June 25th
Reply

At $29.99, I'm pretty sure I can deal with exporting my slices manually.



*Dave*
June 25th
Reply

Depends what you're doing. I make iOS and Android apps and make a LOT of icons and also deal with the company website. Believe me … the sheer number of images needed sliced out make it well worth the measly price.



*Jesus*
June 26th

22

Case 2:12-cv-00455-DMC-JCS Document 1 Filed 07/17/12 Page 24 of 35 Page ID #:39

Reply

How much do you charge at hour? if you charge 15, with two hours you have paid it. If you think how much time per year do you spend exporting in ps….. i think the price is fair



**Dave**
June 26th

The price is insane considering the sheer number of hours you'll save in mundane export tasks. If you're a professional, this is not even worth thinking about. I bought it as soon as it came out.



*Arie*
June 25th
Reply

Sounds like something that needs to be built into Photoshop. OR just use Fireworks…



*William Johnson*
June 25th
Reply

Your review failed to discuss the details of how Layer Cake optimizes and generates the images. Does it use Photoshop's routines or have its own? Does it offer any options about JPEG quality, GIF matting (background color for antialiasing), PNG alpha channels, etc? There are many options for these things. Photoshop offers some in the Save For Web dialog; other programs do it differently. That's why the same JPEG exported from, say, Photoshop and Fireworks will have different file sizes and different characteristics no matter what "quality" you choose.

All this review deals with is the convenience factor of Layer Cake. I can accomplish at least some of that automation using Photoshop's Actions (macros) or, if necessary, its scripting capabilities. Please tell us about the optimization issues with Layer Cake, because at present this is less than half of a real review.

23



*Tim*
June 25th
Reply

I love Macrabbit software (though I wish he would bring CSSEdit back standalone or add ALL of its features to Espresso) it seems like the amount of time you spend having to set up you PSD to accommodate Layer Cake, you could slice it up yourself and have complete control of what you are slicing. Meaning, individual export settings, optimizing images. Plus, you have to set up your PSD that way Layer Cake dictates, not the way of your own workflow.
What would be better is if there were preferences within the app where you could tell it what layer group in your PSD = @slices in Layer Cake.
In addition, you have to go through every layer you want to save out in a PSD and name it appropriately for export including a .png, .jpg, etc extension. This can lead to a very messy layers panel with 200 layers. And I'm sure some of those layers would need to be flattened for Layer Cake to work properly.

I'm sure it's fine for a handful of users or companies like PSDtoHTML (YUCK!) but it doesn't seem that useful to pros or people that take their pixel-perfect web design seriously.



*Dave*
June 26th
Reply

Well, you're wrong :) It takes mere seconds to name a layer or group. And you don't have to flatten anything… it's not stumbled on me once. However, I mostly use it for iOS/Android stuff. But even so. You're wrong. You need to try it out for a while before you can make these judgements you just made.



*Tim*
June 26th

I'm wrong about having to rename 200 layers? Prove it!

24



HOME    NEWS    DEALS    APP GUIDE    TUTORIALS    REVIEWS    EDITORIALS    AB

New App: Type Fu                                                    New App: d

# New App: Layer Cake

by APPGUIDE on APRIL 5, 2012 · 0 COMMENTS · in APP GUIDE, NEW RELEASES





## Layer Cake
Developer: MacRabbit
Price: $29.99





25

Case 2:12-cv-00450-DMG-JCG   Document 1   Filed 07/27/12   Page 27 of 35   Page ID #:42

# If you liked this article, you may also like:









Apple Submits New
Patent for Harder
Stainless Steel

New iOS Game:
Zen Wars!

Crazy Game
'MUST.EAT.BIRDS.'
is FREE Today
Only!

Apple Lo...
3D Displ...
OLED Pa...


Accept credit cards anywhere.
Get a free reader


## Incoming Search Terms:

layer cake iphone (2) app layer cake (1) Layer Cake app mac (1) layer cake free mac app (1) layer
iphone app review (1) layer cake mac free (1) layer cake mac game (1)

If you liked this, please consider sharing it!



ABOUT THE AUTHOR



# AppGuide

The AppGuide keeps you updated with the latest new releases, price drops, and app
updates. The AppGuide is in charge of the "App Guide" section on iTracki.com

Visit Authors Website →

26

Case 2:12-cv-06450-DMG-JCG   Document 1   Filed 07/27/12   Page 28 of 35   Page ID #:43

Like

# Add New Comment



Please wait...

## Showing 0 comments

Sort by popu

 Subscribe by email   🔊 RSS



Smaller is Not Always
Better: New iPod N...



New iPad App 'Next
Issue' Of...



[Video] 'Tiny Wings 2' to
be...



iPad Mini Run
Compilation



Updated iCloud Website
with Notes, Remin...



[Rumor] Apple to Debut
a Smaller, Cheape...



[Deal] 80% Off Gothic
Collection for PC ...



[Video] iPhon
Combusts Into S
Cloud...

## LOOKING FOR SOMETHING?

Search          

If you can't find what you're looking for on our
website, please use the search form above. If you
would like to suggest content for our website, feel
free to contact us.

## POPULAR SEARCH TERMS

music

youtube icon

music notes

doors level 47

doodle jump

Doors Iphone game walkthrough

27

Case 2:12-cv-06490-DMC-JCG  Document 1  Filed 07/27/12  Page 29 of 35  PageID #: 44

- Home
- Contact
- Got Apps?
- Subscribe»
- FAQs»
- About»
- Writers»
- Archive»
- Mac360 on Twitter

Mac360

Mac App Reviews & Apple News



Index.html

- Home
- Cheap Apps
- App Reviews
- Tips & Tricks
- News & Comment
- Mac Blogs»
- Tuesday, July 17, 2012

Home » Mac App Reviews » 4 Ways This Mac Graphic Tool Works Better Than Photoshop

# 4 Ways This Mac Graphic Tool Works Better Than Photoshop

By Bambi Brannan - Wednesday, April 18, 2012

Got Photoshop? Then you know there's not a more powerful Mac or Windows graphic design, photo enhancement app on the planet. Photoshop is expensive and the learning curve can be a killer.

28

Case 2:12-cv-08480-DMG-JCG   Document 1   Filed 07/27/12   Page 30 of 35   Page ID #:45

Not only that, Photoshop wastes your time with inane step-by-step workflow options. What you need is a Mac app that saves time in your workflow where Photoshop is weakest. Any boost in productivity means more money for you, less time in Photoshop.

# How To Kill The PSD Export Time Killer

Photoshop users who create web graphics know the drill. Exporting layers, groups, and slices is a time killer. Ditto for flattening. Photoshop's *Save for Web...* feature has too many steps when you have multiple graphic elements in a design that need to be saved or exported.



Layer Cake is one of those *gee whiz* Mac apps that epitomize the saying, "*necessity is the mother of invention.*"

What it does is brilliant. Photoshop files mean layers. Many layers, groups, slices.

Layer Cake takes those elements and exports them automagically, ready for the web or wherever, without using Photoshop's *Save for Web...* option, one by one (not to mention that Photoshop's slices feature is anemic, and removing layers before exporting is painfully tedious, manual work).

Most of my Photoshop projects require trimming, cropping, and exporting layers. Layer Cake eliminates those steps and saves you a bunch of time.

In fact, it does what it does behind the scenes. Simply set up your Photoshop file by specifying which layers and groups or elements you want to export and changing their names accordingly.

That's a bit tedious at first (or, if you have to go back to a PSD file and export again), but the result in time savings is worth it. Just name the layers, groups, or slices as you work.

Then, drag and drop the PSD file onto Layer Cake. Then, done. The files are extracted, ready for review, already named, and ready to use (copy or drag and use).

Whatever you've exported using Layer Cake before remains available in Recents and Repeat. If you make a change to an exported PSD, Layer Cake can update files automatically. Exports are in PNG, TIFF, ICNS, JPG. No more flattening or separating Photoshop elements for proper export.

There are a few issues that Layer Cake doesn't address. No advanced filters. No CMYK color. The Mac developers who publish Layer Cake also publish CSSEdit, once a favorite Mac CSS editor, that seems to have languished in recent years, as their new editing app Espresso has yet to live up to its promise. However, if you do a lot of Photoshop graphic work, Layer Cake can pay for itself in a few days.

## Related Articles

- 2 Apps To Convert Screen Images To Photoshop Files
- How To Capture Every Graphic On A Mac's Screen
- 30 Ways This Eye Candy App Makes Photoshop Better
- 4 Ways This Little App Challenges Photoshop
- New Wave Of Cool Image, Drawing Tools On The Mac.

## Music, Pandora Radio, & The Super Finder

What? You still have vinyl records? Here's How To Record And Restore Vinyl Records On Your Mac (and get rid of clicks and crackles). Speaking of music, here's the Absolute Best Pandora Radio Player For Your Mac (one click from the Menubar to music.

You use the Finder. You hate the Finder. How Can You Improve The Mac's Finder? Stop Using It (and try something more powerful). Think Finder with super powers. Quick. What's your Mac's IP address? Here's How Find Out.

Alright, you're a Mac user (and maybe an iPhone and iPad user, too). Are You A Cult Member, Apple Fanboy, Or Part Of The New Aristocracy? We choose Door #3, Monte. When you visit one of our advertisers it means it means breakfast and lunch for our kids (and no more dog food leftovers). For a day. Oh, and remember to Follow Mac360 on Twitter. It's free. And don't forget, if Hillary Clinton follows us, you should, too (even though we still get nasty grams from Sarah Palin).



 **About Bambi Brannan**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 6450 DMG (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| LAYERCAKE INC., a California corporation, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MACRABBIT. a Belgium Company; Ian Beck an | ) |
| Individual; and DOES 1-9, inclusive, | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  ** CV12- 06450DMY (JGGx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert J, Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA  90245
Phone:  (310) 726-0892
Fax:  (310) 726-0893

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 27 2012

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Plaintiff LAYERCAKE INC., a California corporation

**DEFENDANTS**
MACRABBIT. a Belgium Company; Ian Beck an Individual; and DOES 1-9, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Robert J. Lauson, Lauson & Tarver LLP
880 Apollo Street, Suite 301, El Segundo, CA 90245
310-726-0892

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $_____**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C. §1125(a), for Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12  00490

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington, Belgium |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   July 24, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |